IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00527–EWN–CBS
 [*Consolidated for all purposes with* Civil Action No. 06–cv–00528–EWN–CBS]

CHERYL REYNOLDS,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## ORDER CONSOLIDATING CASES

These cases are before the court on a motion to consolidate. The motion is unopposed and it appears that consolidation is proper under Fed. R. Civ. P. 42. Accordingly, it is

ORDERED as follows:

1. The motion to consolidate (#17) is GRANTED.

2. The captions of the cases and judge's initials shall be changed as set forth in this Order Consolidating Cases.

Dated this 24th day of April, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge