IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00527–EWN–CBS
 [*Consolidated for all purposes with* Civil Action No. 06–cv–00528–EWN–CBS]

CHERYL REYNOLDS,
DAVID PETERSON, and
SUZANNE PETERSON,

     Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY, and
ALLSTATE INSURANCE COMPANY,

     Defendants.

---

### AMENDED ORDER CONSOLIDATING CASES

---

These cases are before the court on a motion to consolidate. The motion is unopposed and it appears that consolidation is proper under Fed. R. Civ. P. 42. Accordingly, it is

ORDERED as follows:

1. The motion to consolidate (#17) is GRANTED.

2. The captions of the cases and judge's initials shall be changed as set forth in this Order Consolidating Cases.

Dated this 25th day of April, 2006.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge