IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00527–EWN–CBS

CHERYL REYNOLDS,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.

---

**ORDER**

---

    This matter is before the court on Plaintiffs' motion to remand (#20).  The court, persuaded by the reasoning in *Larry Briggs v. GEICO General Insurance Company*, Civ. Case No. 06-cv-00550-REB-MEH (D. Colo. July 10, 2006), hereby

    ORDERS that the motion to remand be GRANTED and that the case be remanded to the Boulder County, Colorado, District Court.

    Dated this 31st day of July, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge