UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 6 2006

GREGORY C. LANGHAM
CLERK

ALLSTATE INDEMNITY COMPANY;
ALLSTATE INSURANCE COMPANY,

Defendants-Petitioners,

v.

CHERYL REYNOLDS; DAVID
REYNOLDS; SUZANNE REYNOLDS,

Plaintiffs-Respondents.

No. 06-511
Dist. Ct. No. 06-CV-527-EWN/CBS

ORDER

Filed September 5, 2006

Before **HENRY, BRISCOE** and **McCONNELL**, Circuit Judges.

This matter is before the court on a petition for permission to appeal filed on behalf of Allstate Insurance Company. We also have a response from the Reynolds parties, and a request for leave to file a reply in support. Upon careful consideration of the pleadings and applicable law, we grant the request for leave to file a reply. We deny the petition for permission to appeal. *See* 28 U.S.C. § 1453(c).

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of Court

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

September 5, 2006

NOTIFICATION OF MAILING

Re:   06-511, Allstate Indemnity v. Reynolds
      Dist/Ag docket:  06-cv-527-EWN

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Ms. Avi Sue Rocklin
Mr. Robert F. Hill
Hill & Robbins
1441 18th Street
Suite 100
Denver, CO 80202

Mr. Matthew Gabriel McFarland
Mr. Thomas Dalton McFarland
Mr. Zachary Christian McFarland
McFarland Law Offices
910 13th St., Suite 200
Golden, CO 80401

Mr. John M. Vaught
Mr. Michael D. Alper
Mr. Terence M. Ridley
Mr. Sean D. Baker
Wheeler Trigg Kennedy LLP
1801 California Street
#3600
Denver, CO 80202

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

