IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–00527–EWN–CBS
 [*Consolidated for all purposes with* Civil Action No. 06–cv–00528–EWN–CBS]


CHERYL REYNOLDS,
DAVID PETERSON, and
SUZANNE PETERSON,

    Plaintiffs,

v.

ALLSTATE INDEMNITY COMPANY, and
ALLSTATE INSURANCE COMPANY,

    Defendants.

---

**AMENDED ORDER TO REMAND CASE TO BOULDER COUNTY, COLORADO, DISTRICT COURT**

---

Case numbers 06-cv-00527-EWN and 06-cv-00528 EWN were consolidated pursuant to an order issued April 24, 2006 [13]. This matter came before the court on Plaintiffs' motion to remand (#20). The court, persuaded by the reasoning in *Larry Briggs v. GEICO General Insurance Company*, Civ. Case No. 06-cv-00550-REB-MEH (D. Colo. July 10, 2006), granted the motion to remand and ordered that the case be remanded to the Boulder County, Colorado, District Court. The Court hereby

ORDERS that the consolidated case(s) be remanded to the Boulder County, Colorado, District Court.

Dated this 14th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge